IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

QUORUM HEALTH RESOURCES, LLC,     )
                                  )
            Plaintiff,            )
                                  )
      v.                          )    1:06CV954
                                  )
HUGH CHATHAM MEMORIAL HOSPITAL,   )
INC.,                             )
                                  )
            Defendant.            )

**J U D G M E N T**

**Eliason, Magistrate Judge**

For the reasons set out in a Memorandum Opinion and Order entered contemporaneously with this Judgment,

**IT IS ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (Docket No. 14) is granted, that Plaintiff's motion for summary judgment is denied (Docket No. 16), and that this action is dismissed.

*/s/ Russell A. Eliason*
United States Magistrate Judge

November 29, 2007